IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 2 2006

Civil Action No. 06-cv-01286-BNB

ANTONIO R. VASQUEZ,

    Applicant,

v.

J. C. ZUERCHER, Deputy Warden,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's request for a court order directing the Farmington Correctional Center to provide certain documents to Applicant, which he makes in a letter to the court filed on September 20, 2006, is DENIED.

Dated: September 22, 2006

Copies of this Minute Order were mailed on September 22, 2006, to the following:

Antonio R. Vasquez
Reg. No. 16441-045
FCI - Florence
P.O. Box 6000
Florence, CO 81226

_____
Secretary/Deputy Clerk